Kelly H. Dove
Nevada Bar No. 10569
Jennifer B. Lustig
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant HSBC Bank USA as Trustee for NAAC 2006-AR3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XAVIER AND JOHN'S REAL ESTATE AND INVESTMENTS SERIES LLC 6, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA AS TRUSTEE FOR NAAC 2006-AR3; a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00277-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND FOR ATTORNEY'S FEES AND COSTS UNDER 28 U.S.C. 1447(C)**<br><br>**[ECF Nos. 10, 11]**<br><br>**(First Request)** |

THIS STIPULATION is entered into by and between Plaintiff Xavier and John's Real Estate and Investments Series LLC 6 ("Xavier and John's") and Defendant HSBC Bank USA ("HSBC", and together with Xavier and John's, the "Parties"), by and through undersigned counsel, to extend the deadline to file the Motion to Remand deadline from March 5, 2025 to March 19, 2025 based on the following:

    1.    On February 19, 2025, Xavier and John's filed a Motion to Remand ("Remand Motion") [ECF No. 10] and a Motion For Attorney's Fees and Costs Under 28 U.S.C. 1447(c) ("Fees Motion") [ECF No. 11.]

4897-6176-1312

2. HSBC's current deadline to respond to the Remand Motion and the Fees Motion is March 5, 2025.

3. The Parties are actively engaging in early resolution discussions. To allow early resolution discussions to develop prior to incurring unnecessary legal fees, the Parties seek an extension of time for HSBC to respond to the Remand Motion and the Fees Motion.

NOW THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for HSBC to respond to the Remand Motion and the Fees Motion, up to and including **March 19, 2025**.

2. The Parties further stipulate and agree to extend the deadline for Xavier and John's to file its reply in support of the Remand Motion and the Fees Motion, up to and including **March 26, 2025**.

3. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: March 3, 2025.

HONG & HONG LAW OFFICE

By: */s/ Joseph Y. Hong*
Joseph Y. Hong (NV Bar No. 005995)
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Xavier and John's Real Estate and Investments Series LLC 6*

Dated: March 3, 2025.

SNELL & WILMER L.L.P.

By: */s/ Jennifer B. Lustig*
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant HSBC Bank USA*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 3/5/2025

4897-6176-1312

1  Respectfully submitted by:

2  SNELL & WILMER L.L.P.

3
   By: /s/ Jennifer B. Lustig
4      Kelly H. Dove, Esq.
       Nevada Bar No. 10569
5      Jennifer B. Lustig, Esq.
       Nevada Bar No. 9110
6      1700 South Pavilion Center Drive
       Suite 700
7      Las Vegas, Nevada 89135
8      *Attorneys for Defendant HSBC Bank USA*

- 3 -

4897-6176-1312