Kelly H. Dove
Nevada Bar No. 10569
Jennifer B. Lustig
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant HSBC Bank USA
as Trustee for NAAC 2006-AR3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XAVIER AND JOHN'S REAL ESTATE AND INVESTMENTS SERIES LLC 6, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA AS TRUSTEE FOR NAAC 2006-AR3; a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00277-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff Xavier and John's Real Estate and Investments Series LLC 6 ("Xavier and John's") and Defendant HSBC Bank USA ("HSBC", and together with Xavier and John's, the "Parties"), by and through undersigned counsel, and stipulate and agree as follows:

1.     An order shall be entered dismissing all claims and causes of actions asserted against HSBC in this action, with prejudice;

2.     Any outstanding hearings and deadlines shall be vacated; and

/ / /

4914-6877-8060

3.     The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

Dated: June 9, 2025.                                      Dated: June 9, 2025.

HONG & HONG LAW OFFICE                    SNELL & WILMER L.L.P.

By: */s/ Joseph Y. Hong*                            By: */s/ Jennifer B. Lustig*
Joseph Y. Hong (NV Bar No. 5995)            Kelly H. Dove (NV Bar No. 10569)
1980 Festival Plaza Drive                           Jennifer B. Lustig (NV Bar No. 9110)
Suite 650                                                    1700 South Pavilion Center Drive
Las Vegas, Nevada 89135                            Suite 700
*Attorneys for Plaintiff Xavier and John's*      Las Vegas, Nevada 89135
*Real Estate and Investments Series LLC 6*    *Attorneys for Defendant HSBC Bank USA*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____June 12, 2025_____

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant HSBC Bank USA*

4914-6877-8060